IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL PLANT**  PLAINTIFF

v.  No. 4:22-cv-1003-DPM

**DOE, Lorana, Correctional Officer**  DEFENDANT

### ORDER

1. The Court withdraws the reference.

2. Plant hasn't updated her address; her mail is still being returned undelivered. *Docs. 6-8*. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2023