# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CRYSTAL PLANT**                                               **PLAINTIFF**

v.                 No. 4:22-cv-1003-DPM

**DOE, Lorana, Correctional Officer**                  **DEFENDANT**

## JUDGMENT

Plant's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 January 2023